UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANCES PRITCHARD, KARISA MARECI, CHARLOTTE ALVARADO and DONIELLE TAYLOR,

    Plaintiffs,

v.          Case No: 6:15-cv-2059-Orl-31TBS

RAMESES, INC., CLAYTON HOSPITALITY GROUP, INC., C&L HOSPITALITY GROUP, INC., DOLL HOUSE, INC., WILAN CORPORATION and CAROL A. URANICK,

    Defendants.

## ORDER

Defendants' Unopposed Motion to Seal Docket Entries 27-1 and 27-2 (Doc. 29) is **DENIED without prejudice**. Local Rule 1.09(a) requires that a motion to seal include

> (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.

M.D. Fla. Local Rule 1.09(a). Defendants have made no attempt to comply with the Rule. In any renewed motion they must specifically address *all* of the factors set forth in Local Rule 3.01(g), and their motion must be supported by a memorandum of law as required by Local Rule 3.01(a).

**DONE** and **ORDERED** in Orlando, Florida on January 4, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record